# EXHIBIT A



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Help | Search | History | **Titles** | Start Over

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (holistic AND guide)[in Keyword Anywhere] AND ("global brother")[in Keyword Anywhere]
Search Results: Displaying 1 through 4 of 4 entries.



Resort results by: [dropdown]    Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| [ 1 ] | Holistic Guide to Wellness. | TX0009246277 | 2023 |
| [ 2 ] | Holistic Guide to Wellness - commercial video. | PA0002405925 | 2023 |
| [ 3 ] | HOLISTIC GUIDE TO WELLNESS.cover design. | VA0002425155 | 2023 |
| [ 4 ] | HOLISTIC GUIDE TO WELLNESS.website. | TX0009455798 | 2023 |

Resort results by: [dropdown]    Set Search Limits

Clear Selected | Retain Selected



**Save, Print and Email (Help Page)**

| Records | Select Format: Full Record [Format for Print/Save] |
|---|---|
| ○ All on Page  ● Selected On Page  ○ Selected all Pages | Enter your email address: [____] [Email] |

Help   Search   History   **Titles**   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (holistic guide)[ in Keyword Anywhere ]AND(global brother)[ in Keyword Anywhere ]
Search Results: Displaying 1 of 4 entries



*The Holistic Guide to Wellness.*

        **Type of Work:** Text
**Registration Number / Date:** TX0009246277 / 2023-04-03
     **Application Title:** The Holistic Guide to Wellness.
                **Title:** The Holistic Guide to Wellness.
         **Description:** Electronic file (eService)
   **Copyright Claimant:** Global Brother SRL, Transfer: By written agreement. Address: Ghiozdanului Str, 22A Lighthouse Residence, floor 1, ap 12A, Bucharest, 014163, Romania.
      **Date of Creation:** 2023
   **Date of Publication:** 2023-03-10
**Nation of First Publication:** United States
**Authorship on Application:** Nicole Apelian; Domicile: United States; Citizenship: United States. Authorship: text.
                              Global Brother SRL, employer for hire. Authorship: text, artwork.
                              Amber Robinson (author of anonymous contribution); Domicile: United States; Citizenship: United States. Authorship: text.
                              Chloe Wade (author of anonymous contribution); Domicile: Canada; Citizenship: Canada. Authorship: text.
                              Tamara Dickson (author of anonymous contribution); Domicile: United States; Citizenship: United States. Authorship: text.
                              Janelle Louis (author of anonymous contribution); Domicile: United States; Citizenship: United States. Authorship: text.
                              Jacqueline Leone (author of anonymous contribution); Domicile: United States; Citizenship: United States. Authorship: text.
                              Tori Gilbert (author of anonymous contribution); Domicile: Australia; Citizenship: Australia. Authorship: text.
                              Tyla Cornish (author of anonymous contribution); Domicile: New Zealand; Citizenship: New Zealand. Authorship: text.
**Rights and Permissions:** Claudiu Giurgi, Global Brother SRL, Ghiozdanului 22A Lighthouse Residence - ap 12A, Bucharest, 014163, Romania, +40768434324, giurgi.claudiu@yahoo.com
        **Copyright Note:** C.O. correspondence.
                   **ISBN:** 978-1-7354815-8-6
                **Names:** Apelian, Nicole
                           Robinson, Amber
                           Wade, Chloe
                           Dickson, Tamara
                           Louis, Janelle
                           Leone, Jacqueline
                           Gilbert, Tori
                           Cornish, Tyla
                           Global Brother SRL





**Save, Print and Email (Help Page)**
Select Download Format [Full Record] [Format for Print/Save]
Enter your email address: [_____] [Email]



Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (holistic guide)[ in Keyword Anywhere ]AND(global brother)[ in Keyword Anywhere ]
Search Results: Displaying 3 of 4 entries

### THE HOLISTIC GUIDE TO WELLNESS.cover design.

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002425155 / 2024-11-19 |
| **Application Title:** | THE HOLISTIC GUIDE TO WELLNESS.cover design. |
| **Title:** | THE HOLISTIC GUIDE TO WELLNESS.cover design. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-03-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | GLOBAL BROTHER SRL, employer for hire; Domicile: Romania; Citizenship: Romania. Authorship: photograph, 2-D artwork, text. |
| **Rights and Permissions:** | Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, legal@globalbrother.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | GLOBAL BROTHER SRL |



Help   Search   History   Titles   Start Over

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |   Copyright Office Home Page   |   Library of Congress Home Page

**Copyright** — United States Copyright Office

Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (no AND grid)[in Keyword Anywhere] AND ("global brother")[in Keyword Anywhere]
Search Results: Displaying 1 through 2 of 2 entries.



Resort results by: [dropdown]   Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| [ 1 ] | No Grid Survival Projects. | TX0009105852 | 2022 |
| [ 2 ] | NO GRID SURVIVAL PROJECTS.website. | TX0009458123 | 2022 |

Resort results by: [dropdown]   Set Search Limits

Clear Selected | Retain Selected





**Save, Print and Email (Help Page)**

| Records | Select Format: Full Record ▼  Format for Print/Save |
|---|---|
| ○ All on Page<br>● Selected On Page<br>○ Selected all Pages | Enter your email address: [          ]  Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (no grid)[ in Keyword Anywhere ]AND(global brother)[ in Keyword Anywhere ]
Search Results: Displaying 1 of 2 entries



***No Grid Survival Projects.***

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0009105852 / 2022-04-08 |
| **Application Title:** | No Grid Survival Projects. |
| **Title:** | No Grid Survival Projects. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Global Brother SRL, Transfer: By written agreement. Address: Ghiozdanului Str 22A Lighthouse Residence - ap 12A floor 1, 12A, Bucharest, Bucuresti, 014163, Romania. |
| **Date of Creation:** | 2021 |
| **Date of Publication:** | 2022-02-22 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Michael Major; Domicile: Canada; Citizenship: Canada. Authorship: text, photograph(s) |
| | Amber Robinson; Domicile: United States; Citizenship: United States. Authorship: text, photograph(s) |
| | Claude Davis, pseud. of Claudiu Alexandru Giurgi, 1985- (author of pseudonymous work), employer for hire; Domicile: Romania; Citizenship: Romania. Authorship: text, photograph(s) |
| | James Walton; Domicile: United States; Citizenship: United States. Authorship: text, photograph(s) |
| **Rights and Permissions:** | Claudiu Alexandru Giurgi, Global Brother SRL, Ghiozdanului Str 22A Lighthouse Residence - ap 12A floor 1, 12A, Nicolae Caranfil str, no 77 floor 2, Bucharest, 014142, Romania, +40768434324, giurgi.claudiu@yahoo.com |
| **ISBN:** | 978-1-7354815-3-1 |
| **Names:** | Major, Michael |
| | Robinson, Amber |
| | Giurgi, Claudiu Alexandru, 1985- |
| | Davis, Claude, pseud., 1985- |
| | Walton, James |
| | Global Brother SRL |



