# EXHIBIT B



**Date:** January 29, 2025

**DMCA Takedown Notice**

**1. Copyright**

Copyright Owner:

Global Brother SRL

Company/Organization:

Global Brother SRL

**2. Original Work**

Links to the original work:

- https://www.theholisticprotocols.com

**3. Allegedly Infringing Content**

Links to the allegedly infringing work:

- https://www.worldofbooks.com/products/holistic-guide-to-wellness-book-apelian-9781735481586?price=273.99

**4. Declarations**

• I have a good faith belief that use of the content in the manner complained of is not authorized by the copyright owner, its agent, or the law.

• All of the information in this notification is accurate.

• I swear under penalty of perjury, that I am the owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.