AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| GLOBAL BROTHER SRL  *Plaintiff(s)*  v.  WORLD OF BOOKS GROUP LTD.  *Defendant(s)* | Civil Action No. 1:25-cv-00203-UNA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  WORLD OF BOOKS GROUP LTD
c/o David Magee, Authorized Agent
Mulberry House, Woods Way, Goring-by-Sea,
West Sussex, BN12 4QY, UK

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
SMITH, KATZENSTEIN & JENKINS, LLP
1000 West Street, Suite 1501
Wilmington, Delaware 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/20/2025          /s/ Randall Lohan
                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00203-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **World of Books Group Ltd.**
was received by me on *(date)* **February 20, 2025** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
See additional information, below

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **06/16/2025**

*/s/ Daniel A. Taylor*
*Server's signature*

Daniel A. Taylor
*Printed name and title*

Smith, Katzenstein & Jenkins, LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc:

Pursuant to Article 10(a) of the Hague Convention, on May 16, 2025, copies of the Summons and Complaint were mailed to World of Books Group, Ltd's authorized agent, David Magee at Mulberry House, Woods Way, Goring-by-Sea, West Sussex, BN12 4QY, U.K. via U.S. Postal Service International Registered Mail, Tracking Number RA797755479US. The Summons and Complaint were delivered on June 9, 2025 at 12:50 pm local time as documented in Exhibit A, attached.

# EXHIBIT A



UNITED STATES POSTAL SERVICE.

RODNEY SQ
500 DELAWARE AVE STE 1
WILMINGTON, DE 19801-9998
(800)275-8777

05/16/2025                                01:55 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5 x 16 | 1 | $1.69 | $1.69 |
| First-Class Mail Intl™ Large Envelope (Flat) United Kingdom of Great Britain and Northern Ireland (the) Weight: 0 lb 5.90 oz | 1 | | $9.71 |
| Registered Amount: $0.00 Tracking #: RA797755479US | | | $21.75 |
| Total | | | $31.46 |

Grand Total:                              $33.15

Credit Card Remit                         $33.15



# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**RA797755479US**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND at 12:50 pm on June 9, 2025.

## Delivered

**Delivered**

UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND
June 9, 2025, 12:50 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                    ⌄

Product Information                                     ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.