

June 17, 2025

**VIA CM/ECF and HAND DELIVERY**

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

   **Re:**  *Global Brother SRL v. World of Books Group, Ltd.*
      **C.A. No. 25-0203-MN**

Dear Judge Noreika,

  Smith Katzenstein & Jenkins, LLP is Delaware counsel for Plaintiff Global Brother SRL ("Global Brother") in the above matter.  I write in response to Your Honor's June 12, 2025 Oral Order requesting "a status report that includes the status of service of process" in this matter. (D.I. 6)

  Global Brother filed the Complaint in this matter on February 20, 2025.  (D.I. 1)  On approximately February 27, 2025, U.S.-based outside counsel for Defendant, World of Books Group, Ltd. ("World of Books") contacted our co-counsel and us.  Since then, we have been in periodic communication.  On May 16, 2025, pursuant to Article 10(a) of the Hague Convention, Global Brother initiated service on World of Books via International Registered Mail.  Service was complete on June 9, 2025, proof of which was docketed on June 16, 2025.  (D.I. 7)  An Answer is due on June 30, 2025.  (*Id.*)

  At present, because of the nature of the discussions between the Parties, the Parties may stipulate to extend time for World of Books to answer the Complaint.

  Counsel is available should Your Honor have any additional questions.


Respectfully Submitted,

*/s/ Daniel A. Taylor*

Daniel A. Taylor
(No. 6934)