IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 25-203-MN |
| WORLD OF BOOKS GROUP LTD., | ) ) ) |
| Defendant. | ) ) |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Kevin A. Guerke of Young Conaway Stargatt & Taylor, LLP as counsel for Defendant World of Books Group LTD.

Of Counsel:

Gina M. McCreadie
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 345-6189
gmccreadie@nixonpeabody.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Kevin A. Guerke*
Kevin A. Guerke (No. 4096)
Renae P. Pagano (No. 6889)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
kguerke@ycst.com
rpagano@ycst.com

*Attorneys for Defendant World of Books Group LTD.*

Dated: August 13, 2025