# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| GLOBAL BROTHER SRL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-203-MN |
| | ) |
| WORLD OF BOOKS GROUP LTD., | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

    PLEASE ENTER the appearance of Renae P. Pagano of Young Conaway Stargatt & Taylor, LLP as counsel for Defendant World of Books Group LTD.

| | |
|---|---|
| Of Counsel:<br><br>Gina M. McCreadie<br>NIXON PEABODY LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617) 345-6189<br>gmccreadie@nixonpeabody.com | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Renae P. Pagano*<br>Kevin A. Guerke (No. 4096)<br>Renae P. Pagano (No. 6889)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>kguerke@ycst.com<br>rpagano@ycst.com<br><br>*Attorneys for Defendant World of Books Group LTD.* |

Dated: August 13, 2025

33469434.1