# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-203-MN |
| | ) |
| WORLD OF BOOKS GROUP LTD., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

Plaintiff Global Brother SRL ("Global Brother") and Defendant World of Books Group Ltd. ("World of Books") hereby stipulate and agree, subject to the approval of the Court, that the time for World of Books to answer, move, or otherwise respond to Global Brother's Complaint is extended to September 12, 2025.

Dated: August 14, 2025

| SMITH, KATZENSTEIN & JENKINS LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Daniel A. Taylor* | */s/ Kevin A. Guerke* |
| Neal C. Belgam (No. 2721) | Kevin A. Guerke (No. 4096) |
| Daniel A. Taylor (No. 6934) | Renae P. Pagano (No. 6889) |
| 1000 N. West Street, Suite 1501 | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| Telephone: (302) 652-8400 | Wilmington, DE 19801 |
| nbelgam@skjlaw.com | Telephone: (302) 571-6600 |
| dtaylor@skjlaw.com | kguerke@ycst.com |
| | rpagano@ycst.com |
| *Attorneys for Plaintiff Global Brother SRL* | |

33474869.1

2

Of Counsel:

Gina M. McCreadie
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 345-6189
gmccreadie@nixonpeabody.com

*Attorneys for Defendant World of Books Group LTD*

SO ORDERED this _____ day of August 2025.

_____
The Honorable Maryellen Noreika
United States District Judge

33474869.1