IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 25-203-MN |
| WORLD OF BOOKS GROUP LTD., | ) ) ) |
| Defendant. | ) ) |

**THIRD STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS Plaintiff Global Brother SRL ("Global Brother") and Defendant World of Books Group Ltd. ("World of Books") (together, the "Parties") state that since the Second Stipulation and [Proposed] Order to Extend Time filed with the Court on September 12, 2025 (D.I. 14), the Parties have been working to finalize a settlement that will fully and completely resolve this matter; and

WHEREAS the Parties agree that an additional 30 days are needed to continue negotiating and drafting terms.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that the deadline for World of Books to answer, move, or otherwise respond to Global Brother's Complaint shall be extended from October 10, 2025 to November 10, 2025.

Dated: October 9, 2025

| | |
|---|---|
| SMITH, KATZENSTEIN & JENKINS LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| */s/ Daniel A. Taylor* | */s/ Renae P. Pagano* |
| Neal C. Belgam (No. 2721) | Kevin A. Guerke (No. 4096) |
| Daniel A. Taylor (No. 6934) | Renae P. Pagano (No. 6889) |
| 1000 N. West Street, Suite 1501 | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| Telephone: (302) 652-8400 | Wilmington, DE 19801 |
| nbelgam@skjlaw.com | Telephone: (302) 571-6600 |
| dtaylor@skjlaw.com | kguerke@ycst.com |
| | rpagano@ycst.com |
| *Attorneys for Plaintiff Global Brother SRL* | |
| | Of Counsel: |
| | |
| | Gina M. McCreadie |
| | NIXON PEABODY LLP |
| | Exchange Place |
| | 53 State Street |
| | Boston, MA 02109 |
| | (617) 345-6189 |
| | gmccreadie@nixonpeabody.com |
| | |
| | *Attorneys for Defendant World of Books Group LTD* |

SO ORDERED this _____ day of October 2025.

_____
Hon. Maryellen Noreika
United States District Judge