**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GLOBAL BROTHER SRL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-203-MN |
| | ) | |
| WORLD OF BOOKS GROUP LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**FOURTH STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS Plaintiff Global Brother SRL ("Global Brother") and Defendant World of Books Group Ltd. ("World of Books") (together, the "Parties") state that since the Third Stipulation and [Proposed] Order to Extend Time was filed with the Court on October 9, 2025 (D.I. 15), the Parties have been working to finalize a settlement that will fully and completely resolve this matter; and

WHEREAS the Parties agree that an additional 30 days are needed to continue negotiating and drafting terms.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that the deadline for World of Books to answer, move, or otherwise respond to Global Brother's Complaint shall be extended from November 10, 2025 to December 10, 2025.

Dated: November 10, 2025

SMITH, KATZENSTEIN & JENKINS LLP

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
Telephone: (302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Jason L. DeFrancesco (admitted *pro hac vice*)
DeFrancescoLaw
609 Piner Rd., PMB 2029
Wilmington, NC 28409
Telephone: (910) 833-5428
jasond@defrancesco.law

*Attorneys for Plaintiff Global Brother SRL*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Renae P. Pagano
Kevin A. Guerke (No. 4096)
Renae P. Pagano (No. 6889)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
kguerke@ycst.com
rpagano@ycst.com

Of Counsel:

Gina M. McCreadie
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 345-6189
gmccreadie@nixonpeabody.com

*Attorneys for Defendant World of Books
Group LTD*

SO ORDERED this _____ day of November 2025.

_____
Hon. Maryellen Noreika
United States District Judge