## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-203-MN |
| | ) |
| WORLD OF BOOKS GROUP LTD., | ) |
| | ) |
| Defendant. | ) |

**FIFTH STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS Plaintiff Global Brother SRL ("Global Brother") and Defendant World of Books Group Ltd. ("World of Books") (together, the "Parties") state that since the Fourth Stipulation and [Proposed] Order to Extend Time was filed with the Court on November 10, 2025 (D.I. 16), the Parties have been working to finalize a settlement that will fully and completely resolve this matter; and

WHEREAS the Parties agree that an additional 30 days are needed to continue negotiating and drafting terms.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that the deadline for World of Books to answer, move, or otherwise respond to Global Brother's Complaint shall be extended from December 10, 2025 to January 9, 2026.

Dated: December 9, 2025

| | |
|---|---|
| SMITH, KATZENSTEIN & JENKINS LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Daniel A. Taylor* <br> Neal C. Belgam (No. 2721) <br> Daniel A. Taylor (No. 6934) <br> 1000 N. West Street, Suite 1501 <br> Wilmington, DE 19801 <br> Telephone: (302) 652-8400 <br> nbelgam@skjlaw.com <br> dtaylor@skjlaw.com | */s/ Renae P. Pagano* <br> Kevin A. Guerke (No. 4096) <br> Renae P. Pagano (No. 6889) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> Telephone: (302) 571-6600 <br> kguerke@ycst.com <br> rpagano@ycst.com |
| Jason L. DeFrancesco (admitted *pro hac vice*) <br> DeFrancescoLaw <br> 609 Piner Rd., PMB 2029 <br> Wilmington, NC 28409 <br> Telephone: (910) 833-5428 <br> jasond@defrancesco.law | Of Counsel: <br><br> Gina M. McCreadie <br> NIXON PEABODY LLP <br> Exchange Place <br> 53 State Street <br> Boston, MA 02109 <br> (617) 345-6189 <br> gmccreadie@nixonpeabody.com |
| *Attorneys for Plaintiff Global Brother SRL* | *Attorneys for Defendant World of Books Group LTD* |

SO ORDERED this _____ day of December 2025.

_____
Hon. Maryellen Noreika
United States District Judge