**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GLOBAL BROTHER SRL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-203-MN |
| | ) |
| WORLD OF BOOKS GROUP LTD., | ) |
| | ) |
| Defendant. | ) |

**SIXTH STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS Plaintiff Global Brother SRL ("Global Brother") and Defendant World of Books Group Ltd. ("World of Books") (together, the "Parties") state that since the Fifth Stipulation and [Proposed] Order to Extend Time was filed with the Court on December 9, 2025 (D.I. 17), the Parties have been working to finalize a settlement that will fully and completely resolve this matter; and

WHEREAS the Parties agree that an additional 30 days are needed to continue negotiating and drafting terms.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that the deadline for World of Books to answer, move, or otherwise respond to Global Brother's Complaint shall be extended from January 9, 2026 to February 9, 2026.

Dated:  January 9, 2026

SMITH, KATZENSTEIN & JENKINS LLP

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
Telephone: (302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Jason L. DeFrancesco (admitted *pro hac vice*)
DeFrancescoLaw
609 Piner Rd., PMB 2029
Wilmington, NC 28409
Telephone: (910) 833-5428
jasond@defrancesco.law

*Attorneys for Plaintiff Global Brother SRL*

*/s/ Renae P. Pagano*
Kevin A. Guerke (No. 4096)
Renae P. Pagano (No. 6889)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
kguerke@ycst.com
rpagano@ycst.com

Of Counsel:

Gina M. McCreadie
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 345-6189
gmccreadie@nixonpeabody.com

*Attorneys for Defendant World of Books
Group LTD*

SO ORDERED this _____ day of January 2026.

_____
Hon. Maryellen Noreika
United States District Judge