**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| GLOBAL BROTHER SRL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-203-MN |
| | ) | |
| WORLD OF BOOKS GROUP LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**NINTH STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS Plaintiff Global Brother SRL ("Global Brother") and Defendant World of Books Group Ltd. ("World of Books") (together, the "Parties") state that since the Eighth Stipulation and [Proposed] Order to Extend Time was filed with the Court on March 10, 2026 (D.I. 20) and the Court's order on the same day cautioning the Parties that the Court may not grant a further extension, the Parties state that they have been diligently working to finalize a settlement that is anticipated to fully and completely resolve this matter or to determine otherwise;

WHEREAS, based on their efforts, which has included negotiating this settlement across different time zones as Global Brother is based in Romania and World of Books is based in the United Kingdom, there are remaining items left to resolve before execution of the settlement agreement;

WHEREAS, principals for the Parties met via Microsoft Teams on April 7, 2026 to attempt to resolve the remaining items;

60048579.1

WHEREAS, the Parties remain hopeful that they will be able to finalize and execute a settlement agreement within the next extension, which is anticipated to fully and completely resolve this matter and result in a voluntary dismissal of all claims;

WHEREAS, the Parties are mindful that the Court cautioned that it was not inclined to grant a further extension of time;

WHEREAS, given the considerable effort and time that has gone into attempting to resolve this matter outside the court, the time difference between the Parties, how close the Parties are to finalizing a settlement agreement, and in the interest of judicial economy, the Parties agree, and respectfully request that the Court grant, an additional 30 days.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that the deadline for World of Books to answer, move, or otherwise respond to Global Brother's Complaint shall be extended from April 10, 2026 to May 11, 2026.

Dated:  April 10, 2026

SMITH, KATZENSTEIN & JENKINS LLP

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
Telephone: (302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Jason L. DeFrancesco (admitted *pro hac vice*)
DeFrancescoLaw
609 Piner Rd., PMB 2029
Wilmington, NC 28409
Telephone: (910) 833-5428
jasond@defrancesco.law
*Attorneys for Plaintiff Global Brother SRL*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Renae P. Pagano
Kevin A. Guerke (No. 4096)
Renae P. Pagano (No. 6889)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
kguerke@ycst.com
rpagano@ycst.com

60048579.1

Of Counsel:

Gina M. McCreadie
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 345-6189
gmccreadie@nixonpeabody.com

*Attorneys for Defendant World of Books
Group LTD*

SO ORDERED this _____ day of April 2026.

_____

Hon. Maryellen Noreika
United States District Judge

60048579.1

3