**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GLOBAL BROTHER SRL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 25-203-MN |
| WORLD OF BOOKS GROUP LTD., | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff Global Brother SRL ("Global Brother") and Defendant World of Books Group

Ltd. ("World of Books") (together, the "Parties") by and through its undersigned counsel,

respectfully notifies the Court that the Parties have resolved their dispute by mutual agreement.

Plaintiff intends to file a notice of voluntary dismissal in the coming days.

| | |
|---|---|
| SMITH, KATZENSTEIN & JENKINS LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| */s/ Daniel A. Taylor* | */s/ Renae P. Pagano* |
| Neal C. Belgam (No. 2721) | Kevin A. Guerke (No. 4096) |
| Daniel A. Taylor (No. 6934) | Renae P. Pagano (No. 6889) |
| 1000 N. West Street, Suite 1501 | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| Telephone: (302) 652-8400 | Wilmington, DE 19801 |
| nbelgam@skjlaw.com | Telephone: (302) 571-6600 |
| dtaylor@skjlaw.com | kguerke@ycst.com |
| | rpagano@ycst.com |
| | |
| Jason L. DeFrancesco (admitted *pro hac vice*) | Of Counsel: |
| DeFrancescoLaw | |
| 174 Nassau Street, No. 325 | Gina M. McCreadie |
| Princeton, NJ 08542 | NIXON PEABODY LLP |
| Telephone: (910) 256-7977 | Exchange Place |
| jasond@defrancesco.law | 53 State Street |
| | Boston, MA 02109 |
| | (617) 345-6189 |
| *Attorneys for Plaintiff Global Brother SRL* | gmccreadie@nixonpeabody.com |
| | |
| | *Attorneys for Defendant World of Books Group LTD* |